CASE CLOSED

Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700

OF COUNSEL:
Bruce M. Wexler
Joseph M. O'Malley, Jr.
Melanie R. Rupert
David M. Conca
Leonard A. Monfredo II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Cosmo Technologies Limited and*
*Santarus, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| COSMO TECHNOLOGIES LIMITED and SANTARUS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES FL, INC., <br><br> Defendant. | Civil Action No. 15-1312 (MCA) (JBC) <br><br> (Filed Electronically) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Cosmo Technologies Limited and Santarus, Inc. hereby voluntarily dismiss all claims in this action as to Defendant Actavis Laboratories FL, Inc., without prejudice

and without costs to any party.

At the time of this filing, Defendant has not yet answered or otherwise responded to Plaintiffs' complaint, nor has Defendant filed any motion for summary judgment. This voluntary dismissal is related to the currently pending and previously filed action in the U.S. District of Delaware, *Cosmo Technologies Limited and Santarus, Inc.*, C.A. No. 15-164 (LPS), in which Defendant has now answered the Complaint.

Dated: April 16, 2015    By:    s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
SAUL EWING LLP
One Riverfront Plaza, Suite 1520
Newark, NJ 07102-5426
(973) 286-6700
clizza@saul.com
wbaton@saul.com

OF COUNSEL:
Bruce M. Wexler
Joseph M. O'Malley, Jr.
Melanie R. Rupert
David M. Conca
Leonard A. Monfredo II
PAUL HASTINGS LLP
75 East 55th Street
New York, NY 10022
(212) 318-6000

*Attorneys for Plaintiffs*
*Cosmo Technologies Limited and*
*Santarus, Inc.*

SO ORDERED

Madeline Cox Arleo, U.S.D.J.